UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11-50688 |
| Plaintiff, | HONORABLE ARTHUR J. TARNOW |
| v. | SENIOR UNITED STATES DISTRICT JUDGE |
| LAWRENCE KEMP TENNILLE, | HONORABLE PAUL KOMIVES |
| | UNITED STATES MAGISTRATE JUDGE |
| Defendant. | |
| _____/ | |

**ORDER OVERRULING DEFENDANT'S OBJECTION [11], ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [10], DENYING DEFENDANT'S MOTION FOR PRODUCTION OF DOCUMENTS [15], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [19], DENYING DEFENDANT'S MOTION FOR ORDER TO FORWARD DOCUMENTS [23], DENYING DEFENDANT'S MOTION FOR HEARING TO TAKE JUDICIAL NOTICE [24], AND DENYING AS MOOT DEFENDANT'S MOTION FOR STATUS REPORT [18]**

Before the Court is the Magistrate Judge's Report and Recommendation [10] of April 11, 2011. The Report and Recommendation recommends that Defendant's following motions should be denied: Motion for Production of Documents [15], Motion for Summary Judgment [19], Motion for Order to Forward Documents [23], Motion for Hearing to take Judicial Notice [24], and Motion for Status Report [18]. On May 2, 2011, Defendant filed an Objection [11]. Plaintiff did not file a Response.

The Court has reviewed the entire record and sees no basis for granting Defendant the relief he seeks in the motion. The Magistrate Judge properly denied the motions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Objection [11] is **OVERRULED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation [10] of the

1

Magistrate Judge is hereby **ADOPTED**.

      **IT IS FURTHER ORDERED** that Defendant's Motions for Production of Documents [15], for Summary Judgment [19], for Order to Forward Documents [23], for Hearing to take Judicial Notice [24], and for Status Report [18] are **DENIED**.

      **SO ORDERED**.

DATED: August 9, 2011	S/ARTHUR J. TARNOW
	ARTHUR J. TARNOW
	United States Senior District Judge

      I hereby certify that a copy of the foregoing document was served upon counsel of record on August 9, 2011, by electronic and/or ordinary mail.

	s/Shawntel R. Jackson
	Case Manager